UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Aguiniga,<br><br>        Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.: 1:25-cv-00702-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS**<br><br>(Doc. 2) |

    Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. Doc. 2. Plaintiff's declarations in the motion satisfy the requirements under § 1915 to proceed *in forma pauperis*.

    Accordingly, it is **ORDERED** that:

    1.    Plaintiff's application to proceed in forma pauperis (Doc. 2) is **GRANTED**.

    2.    The Clerk of Court is **DIRECTED** to issue new case documents including: 1) summons, 2) Order re Consent or Request for Reassignment, 3) notice and form of consent/decline to proceed before a magistrate judge; 4) scheduling order.

IT IS SO ORDERED.

Dated:   **July 14, 2025**        /s/ Gary S. Austin
                                                  UNITED STATES MAGISTRATE JUDGE