1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE
   Head of Program Litigation 1
3  Social Security Administration | Law & Policy
4  TIMOTHY R. BOLIN, SBN 259511
   Special Assistant United States Attorney
5        Program Litigation 1
         Social Security Administration | Law & Policy
6        6401 Security Blvd
         Baltimore, MD 21235
7        Telephone: (510) 970-4806
8        timothy.bolin@ssa.gov
   Attorneys for Defendant
9

10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14

15  JOSE LUIS AGUINAGA,            ) Case no. 1:25-cv-00702-KES-GSA
                                   )
16      Plaintiff,                 ) DEFENDANT'S MOTION FOR
                                   ) AN EXTENSION OF TIME
17      v.                         )
                                   )
18                                 ) (ECF No. 14)
    COMMISSIONER OF                )
19  SOCIAL SECURITY,               )
                                   )
20      Defendant.

21

22      Defendant respectfully moves for an extension of forty-five (45) days to file his brief in

23  this case, up to and including December 4, 2025. Plaintiff's counsel was contacted today,

24  October 20, 2025, and indicated no objection to this motion.

25      This is Defendant's first request for an extension in this case. He makes this request

26  based on the following.

27      1. At the end of the day on September 30, 2025, the appropriations that were funding the

28         Department of Justice expired, and appropriations to the Department lapsed. The

    same is true for most executive agencies, including the federal defendant Social Security Administration (SSA). It is not clear when Congress will restore funding.

4. In the absence of either an appropriation for fiscal year 2026 or a continuing resolution to fund the SSA's operations, the agency may not incur any further financial obligations, except for that work that, as defined by law, is excepted from the limitations of Anti-Deficiency Act. *See* 31 U.S.C. §§ 1341, 1342.

5. Effective Monday, October 20, 2025, the SSA has determined that undersigned counsel may perform work on social security cases arising under 42 U.S.C. § 405(g) during the current lapse in appropriations as excepted work.

6. Although the undersigned counsel is permitted to work on social security cases arising under 42 U.S.C. § 405(g) as of October 20, 2025, he has many other pressing deadlines resulting from the lapse in funding.

For these reasons, then, undersigned counsel requests an extension of forty-five (45) days in which to file Defendant's brief.

    .

                                        Respectfully submitted,

Date: *October 20, 2025*                 ERIC GRANT
                                              United States Attorney
                                              MATHEW W. PILE
                                              Head of Program Litigation 1
                                              Social Security Administration | Law & Policy

                                              */s/ Timothy R. Bolin*
                                              TIMOTHY R. BOLIN
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

**ORDER**

Based on the foregoing motion, and for cause shown, THE COURT ORDERS that Defendant shall have until December 4, 2025, to file his brief in this case. Plaintiff shall have fourteen (14) days from the filing of Defendant's brief to file any reply brief.

IT IS SO ORDERED.

Dated: __October 20, 2025__          /s/ Gary S. Austin
                                              UNITED STATES MAGISTRATE JUDGE