ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Blvd
    Baltimore, MD 21235
    Telephone: (510) 970-4806
    timothy.bolin@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS AGUINIGA,<br><br>    Plaintiff,<br><br>v.<br><br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>    Defendant. | Case 1:25-cv-00702-KES-GSA<br><br>JOINT STIPULATION<br>TO EXTEND TIME |

    The parties agree and stipulate to a 15-day extension of time for Defendant to file his cross-motion for summary judgment, up to and including December 19, 2025, with all subsequent deadlines per the Court's scheduling order also extended accordingly. Thus, if Defendant files his cross-motion on December 19, 2025, any reply would be due by January 2, 2026.

    This is Defendant's second request for an extension in this case. Defendant's counsel needs more time to consult his client regarding an issue raised in Plaintiff's motion for summary

Joint Stipulation to Extend Time, Case 1:25-cv-00702-KES-GSA

judgment. The parties request this extension in good faith, with no intent to delay proceedings unduly.

                                                      Respectfully submitted,

Date: *November 25, 2025*        */s/ Jonathan Omar Pena*
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff

                                        ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration | Law & Policy

                                        */s/ Timothy R. Bolin*
                                        TIMOTHY R. BOLIN
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## **ORDER**

As stipulated, it is **ordered** that Defendant's cross-motion for summary judgment is due December 19, 2026.

IT IS SO ORDERED.

    Dated:   **November 26, 2025**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE