**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS AGUINIGA, | Case No. 1:25-cv-0702 KES GSA |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, AND TERMINATING PLAINTIFF'S MOTION FOR FEES AS MOOT |
| v. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| | Docs. 21, 22 |
| Defendant. | |

Jose Luis Aguiniga and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $5,500.00 pursuant to the Equal Access to Justice Act.  Doc. 22 at 1-3.  Accordingly, the Court **ORDERS**:

1. Subject to the terms of the parties' stipulation (Doc. 22), Plaintiff is **AWARDED** fees in the amount of $5,500.00 pursuant to 28 U.S.C. § 2412(d).

2. Plaintiff's motion for attorney fees (Doc. 21) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   March 8, 2026   

_____
UNITED STATES DISTRICT JUDGE

1